**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

OCT 1 8 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OSCAR FLORES-SERRANO ,

Defendant.

CASE NO. 06CR2178-GT

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of
acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not
guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: 8:1326 (a) and (b) - Deported Alien Found in the
United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged
pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: 10/16/06

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

ENTERED ON _____